**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David Jung** | Social Security number or ITIN   **xxx–xx–7720** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **15–36268–KLP**

---

# Discharge of Debtor

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Jung

July 16, 2020

**For the court:**   William C. Redden
Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                           Case No. 15-36268-KLP
David Jung                                                       Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7       User: ramirez-l         Page 1 of 2         Date Rcvd: Jul 16, 2020
                           Form ID: 3180W          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             #+David Jung,    PO Box 1314,   Colonial Heights, VA 23834-9314
13165557        +Caliber Home Loans, Inc,    PO Box 24610,   Oklahoma City, OK 73124-0610
13165559        +EDC/Dodson Property Management,    2619 Floyd Ave Ste 200,    Richmond, VA 23220-4305
13165561         Lendmark Financial Services,    1851 Southpark Blvd,    Colonial Heights, VA 23834-3607
13165562         Menkota Insurance Company,    PO Box 64586,   Saint Paul, MN 55164-0586
13186736         Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                  Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
13165564        +PCS Stamps and coins,    47 Richards Ave,    Norwalk, CT 06854-2309
13228175         Richmond Gastroenterology Assoc, Inc,    PO Box 5498,    Belfast, ME 04915-5400
13337887        +US Bank Trust NA,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                  Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13338677        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 17 2020 05:31:03      Caliber Home Loans, Inc.,
                  PO Box 24330,   Oklahoma City, OK 73124-0330
13165558        +EDI: CAPITALONE.COM Jul 17 2020 08:53:00      Capital One,    Attn: Bankruptcy Dept,
                  PO Box 30285,   Salt Lake City, UT 84130-0285
13208568         EDI: CAPITALONE.COM Jul 17 2020 08:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
14375114        +E-mail/Text: bncmail@w-legal.com Jul 17 2020 05:30:06      Cerastes, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13165560        +E-mail/Text: bnc@advanceamerica.net Jul 17 2020 05:29:58      Express Check Advance of VA,
                  2048 S. Sycamore Street,    Petersburg, VA 23805-2727
13190379        +E-mail/Text: bnc@advanceamerica.net Jul 17 2020 05:29:58
                  Express Check Advance of Virginia, LLC,    135 North Church Street,
                  Spartanburg, SC 29306-5138
13335415        +EDI: IRS.COM Jul 17 2020 08:53:00      Internal Revenue Service,    P O Box 7346,
                  Philadelphia, PA 19101-7346
13210697         E-mail/Text: ktramble@lendmarkfinancial.com Jul 17 2020 05:28:40
                  Lendmark Financial Services, LLC,    2118 Usher Street,    Covington, Georgia 30014
13165563        +EDI: NAVIENTFKASMSERV.COM Jul 17 2020 08:53:00      Navient,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
13165556        +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jul 17 2020 05:29:50      Office of the US Trustee,
                  701 E. Broad Street, Ste 4304,    Richmond, VA 23219-1885
13165565         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 05:31:49
                  Pinnacle Credit Services,    PO Box 640,   Hopkins, MN 55343-0640
13165566        +E-mail/Text: bknotices@suncommunities.com Jul 17 2020 05:29:57      Sun Homes,
                  27777 Franklin Rd, Ste 200,    Southfield, MI 48034-8205
13165567        +E-mail/Text: bankruptcy@atlanticunionbank.com Jul 17 2020 05:29:58      Union First Market Bank,
                  24010 Partnership Blvd.,    Ruther Glen, VA 22546-2545
14384130         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 17 2020 05:28:51
                  United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank Trust, N.A., as Trustee for LSF9 Master
cr*           +Cerastes, LLC.,   C/O Weinstein & Riley P.S.,    2001 Western Ave, STE 400,
                 Seattle, WA 98121-3132
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                           Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: ramirez-l          Page 2 of 2          Date Rcvd: Jul 16, 2020
                              Form ID: 3180W          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Daniel Alan Ross    on behalf of Creditor    Cerastes, LLC. ecfvab@aldridgepite.com,
               dross@ecf.courtdrive.com
              Daniel Kevin Eisenhauer    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9
               Master Participation Trust ANHSOrlans@InfoEx.com,   ecfaccount@orlans.com
              Ellen P. Ray    on behalf of Debtor David  Jung ellenray@earthlink.com,
               mainstlaw@gmail.com;r57923@notify.bestcase.com
              Sameera  Navidi    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust snavidi@orlans.com,   ecfaccount@orlans.com;ANHSOrlans@InfoEx.com
              Susan Hope Call    on behalf of Trustee Carl M. Bates susancall@richchap13.com,
               station15@richchap13.com
                                                                                             TOTAL: 6
```